Walter Steve WILSON, Jr., Plaintiff—Appellant,

v.

Doug WEBERLING; Bill Price; Zak Lee; Jim Worley; Christen W. Burholder, Defendants—Appellees.

No. 06–6980.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 31, 2006.

Decided: Sept. 8, 2006.

Walter Steve Wilson, Jr., Appellant Pro Se.

Before MICHAEL, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Walter Steve Wilson, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Wilson v. Weberling,* No. 7:06–cv–00228–JLK (W.D.Va. Apr. 28, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*